**G. D. HUFSTEDLER et al., Appellants, v. GENERAL AMERICAN LIFE INSURANCE COMPANY, Appellee.**

No. 8103.

Court of Civil Appeals of Texas. Austin.

April 3, 1935.

Rehearing Denied May 8, 1935.

Chas. Nordyke, of Lubbock, for appellants.

Jno. B. Daniel, of Temple, and Critz & Woodward, of Coleman, for appellee.

McCLENDON, Chief Justice.

This case is ruled by the decision in Walker v. Temple Trust Co. (Tex. Civ. App.) 60 S.W.(2d) 826, recently affirmed by the Supreme Court, 80 S.W.(2d) 935. Upon the authority of that decision, the trial court's judgment is affirmed.

Affirmed.